# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.  )<br>)<br>Percy CAMPBELL  )<br>) | Docket Number:  2:08CR00216-01 |

**LEGAL HISTORY:**

On September 22, 1993, the above-named was sentenced to 180 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 5 years, which commenced on February 18, 2005.  Special conditions included: a requirement for warrantless search and seizure.

**SUMMARY OF COMPLIANCE:**

Mr. Campbell has complied with all conditions and special conditions of Supervised Release, and he has not been involved in any further criminal activities.  It is the opinion of the probation officer that he has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:    Percy CAMPBELL**
**Docket Number:   2:08CR00216-01**
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

Dated:      October 20, 2008
            Elk Grove, California
            RWE/cj

**REVIEWED BY:**     /s/ Deborah A. Spencer
            **DEBORAH A. SPENCER**
            **Supervising United States Probation Officer**

cc:    To be assigned, AUSA's Office   (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

# ORDER TERMINATING SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

---

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA** )
)
**vs.** ) **Docket Number: 2:08CR00216-01**
)
**Percy CAMPBELL** )
)

On February 18, 2005, the above-named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

Dated: October 20, 2008
Elk Grove, California
RWE/cj

**REVIEWED BY:** /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

**RE:    Percy CAMPBELL**
       **Docket Number:   2:08CR00216-01**
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

November 12, 2008
**Date**

**Frank C. Damrell, Jr.**
**United States District Judge**

RWE/cj

Attachment:    Recommendation

cc:    United States Attorney's Office